

**James E. D. Doern**
**Stephen T. Rodriguez**

*Of Counsel*
Mary Brown
Ronald L. Newell
David Klingbiel
Karen Judd

Attorneys At Law
100 West Avenue
Saratoga Springs, NY 12866
Ph: 518.581.8441  Fax: 518.583.9053

www.rodriguezdoern.com
122 West Main Street
Johnstown, NY 12095
518.736.2408

One South Western Plaza
Glens Falls, NY 12801
518.615.0380

Direct All Correspondence to
the Saratoga Springs Office

**VIA CM/ECF**

May 20, 2010

Andrea Celli
Chapter 13 Standing Trustee
7 South Woods Blvd.
Albany, NY 12211

Re: Christopher and Dawn Cottrell Chapter 13 Bankruptcy
Case No. 10-11599

Dear Andrea,

One of the Chapter 13 plan provisions for the referenced clients is a cram-down on a 2000 Dodge Durango with Berkshire Bank. I have stipulated with Robert McCarthy, attorney for Berkshire Bank, to fix the value to be paid through the plan at $4,318.75. The interest rate will remain the same as specified in the plan. This should be the value incorporated in the confirmation order. If any further documentation is required for the resolution of this matter, certainly let me know.

Very Truly Yours,

Stephen T. Rodriguez

STR/mh

cc: Robert McCarthy (via facsimile)
Christopher and Dawn Cottrell