**SO ORDERED.**

**SIGNED this 29 day of June, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

CHRISTOPHER M. COTTRELL and
DAWN S. COTTRELL,

Debtors.

Case No. 10-11599

Chapter 13
Hon. Robert E. Littlefield, Jr.

### AMENDED ORDER

This matter having come on to heard on the 17th day of June 2010 by a motion filed by Rodriguez & Doern, PLLC, attorneys for the above-named debtors, Christopher M. Cottrell and Dawn S. Cottrell. After all the pleadings had herein and after due deliberations, it is hereby

**ORDERED,** that the wholly unsecured second mortgage held by Citimortgage Inc., recorded by the Washington County Clerk in Book of Mortgages Book 2354, Page 160 (with original lender Citibank, N.A.) be stripped, and it is further

**ORDERED,** that Citimortgage Inc. submit a duly executed Lien Release to Chapter 13 Trustee Andrea Celli within 10-days following service of this Order, and it is further

**ORDERED,** that the claim by Citimortgage, Inc. be reclassified as unsecured, and it is further

**ORDERED,** that the Lien Release be held in escrow by Trustee Andrea Celli, to be released back to Citimortgage Inc. upon dismissal or conversion of the debtors' bankruptcy petition, and that the Lien Release only be released to Rodriguez & Doern, PLLC, attorneys for the debtors, upon completion of the debtors' Chapter 13 plan.

###