```
                        ANDREA E. CELLI
                    CHAPTER 13 STANDING TRUSTEE



  TO: CHRISTOPHER M & DAWN S COTTRELL
      228 HOGSBACK ROAD
      GREENWICH NY                        CASE NO.: 10-11599
      12834

      STEPHEN T. RODRIGUEZ
      %RODRIGUEZ & DOERN
      100 WEST AVENUE
      SARATOGA SPRINGS, NY
      12866


                       NOTICE OF CLAIMS FILED

     FOLLOWING IS A LIST OF ALL CLAIMS FILED IN THE ABOVE
  REFERENCED CHAPTER 13 BANKRUPTCY CASE.  A COPY OF THIS REPORT
  HAS BEEN SENT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY.
```

| NAME/ACCT NO. | TYPE | CLAIM AMT | INTEREST |
|---|---|---:|---:|
| BALLSTON SPA NATIONAL BAN<br>6170 | SECURED | .00 | .00 % |
| BALLSTON SPA NATIONAL BAN<br>6170 | UNSECURED | .00 | .00 % |
| BERKSHIRE BANK<br>3090 | VEHICLE CL | 4,318.75 | 6.50 % |
| BERKSHIRE BANK<br>3090 | UNSECURED | 1,319.80 | .00 % |
| FIRST NATIONAL BANK OF SC<br>3500 | SECURED | .00 | .00 % |
| FIRST NATIONAL BANK OF SC<br>3500 | UNSECURED | .00 | .00 % |
| BANK OF AMERICA<br>9032 | UNSECURED | .00 | .00 % |
| JEFFERSON CAPITAL SYSTEMS<br>2073 | UNSECURED | 28,307.43 | .00 % |
| RESURGENT CAPITAL SERVICE<br>0997 | UNSECURED | 21,556.44 | .00 % |
| PRA RECEIVABLES MGMT<br>0161 | UNSECURED | 16,279.48 | .00 % |

| Creditor | Type | Amount | Rate |
|---|---|---:|---:|
| PRA RECEIVABLES MGMT 6696 | UNSECURED | 4,012.88 | .00 % |
| CITIMORTGAGE INC. 9738 | UNSECURED | 142,401.77 | .00 % |
| PRA RECEIVABLES MGMT 2662 | UNSECURED | 904.62 | .00 % |
| PRA RECEIVABLES MGMT 4885 | UNSECURED | 4,579.25 | .00 % |
| THD/CBSD 9336 | UNSECURED | .00 | .00 % |
| BERKSHIRE BANK | NOTICE ONL | .00 | .00 % |
| THE BUREAU'S INC. 3866 | UNSECURED | 7,372.28 | .00 % |
| PRA RECEIVABLES/PORTFOLIO | NOTICE ONL | .00 | .00 % |
| CITIMORTGAGE, INC. | NOTICE ONL | .00 | .00 % |

                              TOTALS

TOTAL PRIORITY: $            .00       DEBTORS MONTHLY PAYMENT

TOTAL SECURED : $      4,318.75        $    329.00   MONTHLY

TOTAL UNSEC.  : $    226,733.95


TOTAL FILED   : $    231,052.70

------------------------------------------------------------------
     This Notice of Claims Filed is being sent to you at this time since the time for creditors to file a Proof of Claim has expired.  Pursuant to 11 U.S.C. 502(a), the claims noted above are deemed allowed unless an objection is made by the debtor or other parties interested.  Distribution will be remitted to each creditor based on the filed claim amount unless you or your attorney files a written objection with the Court AND the Trustee within 90 days from the date of this notice.  All written objections must be in compliance with Rule 9014 which mandates NOTICE OF MOTION form.


DATE: Feb 04, 2011              SIGNED: /s/ Andrea E. Celli
      ---------------                   ----------------------
                        CERTIFICATION OF MAILING

The undersigned hereby certifies that a copy of this Notice was mailed this date to the debtor and the debtor's attorney.

DATE: Feb 04, 2011              SIGNED /s/ MEG DELLARATTA

_____                    _____